## IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF BOULDER CITY, A NEVADA MUNICIPAL CORPORATION; AND BOULDER CITY FIRE DEPARTMENT, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA,

    Appellants,

vs.

BFE, LLC, A NEVADA LIMITED LIABILITY COMPANY,

    Respondent.

No. 81718

FILED

MAR 2 5 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Timothy C. Williams, District Judge
       Thomas Tanksley, Settlement Judge
       Dickinson Wright PLLC
       Howard & Howard Attorneys PLLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-08611